MILLICENT R. NUSS, Individually and as Administratrix of the Estate of OTTO NUSS, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent.    (Claim No. 28748.)

Argued October 16, 1950; decided November 22, 1950.

*Dwight L. Murphy* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent.

Judgment of the Appellate Division reversed and that of the Court of Claims affirmed, with costs in this court and in the Appellate Division. (See *Van de Walker* v. *State of New York,* 278 N. Y. 454; *Foley* v. *State of New York,* 294 N. Y. 275; *Barna* v. *State of New York,* 267 App. Div. 261, affd. 293 N. Y. 877.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DYE and FROESSEL, JJ. Dissenting: DESMOND and FULD, JJ.